Friday, July 01, 2011

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548
Mr. James C. Harrington
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741-3438

RE: Case Number: 09-0420
 Court of Appeals Number: 03-08-00076-CV
 Trial Court Number: D-1-GN-06-002147

Style: ESPERANZA ANDRADE, IN HER OFFICIAL CAPACITY AS SECRETARY OF
 STATE FOR THE STATE OF TEXAS
 v.
 NAACP OF AUSTIN, NELSON LINDER, SONIA SANTANA AND DAVID VAN OS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |